IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-2019-JLK**

**MARTIN TARABOCCHIA,**

    Plaintiff,

v.

**BALL AEROSPACE AND TECHNOLOGIES CORPORATION., a Delaware corporation,**

    Defendant.

---

# MINUTE ORDER
---

Judge John L. Kane **ORDERS**

    Plaintiff's Unopposed Motion to Modify Scheduling Order with Respect to Expert Deadlines (doc. #18), filed May 15, 2008, is GRANTED. The deadline to designate expert witnesses is extended up to and including May 22, 2008. The deadline to designate rebuttal expert witnesses is extended up to and including June 23, 2008.

---

Dated: May 16, 2008