IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-2019-JLK**

**MARTIN TARABOCCHIA,**

Plaintiff,

v.

**BALL AEROSPACE AND TECHNOLOGIES CORPORATION., a Delaware corporation,**

Defendant.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

The Joint, Stipulated Motion to Amend Stipulated Scheduling and Discovery Order (doc. #20), filed June 18, 2008, is GRANTED. The discovery cut-off is extended to October 17, 2008; the dispositive motions deadline is extended to November 17, 2008. The deadline for interrogatories and requests for production of documents is extended to September 16, 2008.

_____


Dated: June 18, 2008