IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02019-JLK

MARTIN TARABOCCHIA,

    Plaintiff,
v.

BALL AEROSPACE AND TECHNOLOGIES CORP.,
a Delaware Corporation,

    Defendant.

---

## ORDER

---

The Joint, Stipulated Motion to Amend Stipulated Scheduling and Discovery Order (doc. #23), filed September 16, 2008, is GRANTED. It is

ORDERED that:

The discovery cut-off set forth in paragraph 6(c) shall be amended to February 17, 2009, from October 17, 2008.

The dispositive motion deadline in paragraph 6(d) shall be amended to March 17, 2009, from November 17, 2008.

The deadlines for propounding interrogatories and requests for production of documents set forth in paragraph 6(g) and 6(h) shall be amended to January 16, 2009, from September 16, 2008.

DATED this 16th day of September, 2008.

                              BY THE COURT:

                              ***S/John L. Kane***
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT