# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 07-cv-02019-CMA-CBS

MARTIN N. TARABOCCHIA,

    Plaintiff,

v.

BALL AEROSPACE AND TECHNOLOGIES CORPORATION, a Delaware corporation,

    Defendant.

## ORDER OF RECUSAL

    This matter is before me on a review of the file. Based on my past relationship with Defendant's law firm, I believe that I should recuse myself. It is, therefore,

    ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

    DATED: November  21 , 2008

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge