IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02019-RPM

MARTIN N. TARABOCCHIA,

        Plaintiff,

v.

BALL AEROSPACE AND TECHNOLOGIES CORP.,

        Defendants.

_____

## ORDER VACATING ORDER OF REFERENCE
_____

        Upon reassignment of this civil action and this Court's case management procedures, it is

        ORDERED that the order of reference to Magistrate Judge Craig B. Shaffer is vacated.

        DATED: November 28th, 2008

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior Judge