# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-02019-RPM

MARTIN TARABOCCHIA,

    Plaintiff,

v.

BALL AEROSPACE AND TECHNOLOGIES, CORP.,
a Delaware corporation,

    Defendant.

## ORDER REGARDING PARTIES' JOINT, STIPULATED MOTION TO AMEND STIPULATED SCHEDULING AND DISCOVERY ORDER

Upon review of the Parties' Joint, Stipulated Motion to Amend Stipulated Scheduling and Discovery Order filed January 16, 2009, (Doc. No. 38), it is

ORDERED AS FOLLOWS:

1. The discovery cut-off set forth in paragraph 6(c) shall be amended to May 1, 2009, from February 17, 2009.

2. The dispositive motion deadline in paragraph 6(d) shall be amended to June 1, 2009, from March 17, 2009.

3. The deadlines for propounding interrogatories and requests for production of documents set forth in paragraph 6(g) and 6(h) shall be amended to March 31, 2009, from January 16, 2009.

4. The deadline for designation of experts in paragraph 6(e)(4) shall be amended to March 6, 2009, from May 15, 2009, with all rebuttal experts being designated by April 6, 2009.

DATED this 20th day of January, 2009.

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior Judge

2

EMPLOY\376117.1          2