IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02019-RPM

MARTIN N. TARABOCCHIA,

      Plaintiff,

v.

BALL AEROSPACE AND TECHNOLOGIES CORP.,

      Defendant.

_____

ORDER GRANTING JOINT STIPULATED MOTION TO AMEND STIPULATED
SCHEDULING AND DISCOVERY ORDER

_____

      After review of the parties' Joint Stipulated Motion to Amend Stipulated Scheduling and

Discovery Order, filed May 4, 2009 [41], it is

      ORDERED that the motion [41] is granted and the Stipulated Scheduling and Discovery

Orders [14], [25] and [39] are amended as follows:

      The discovery cut-off May 1, 2009, set forth in paragraph 6(c) is modified solely to allow
the taking of depositions of Mike Cerneck and Toya Speckman.

      The dispositive motions deadline in paragraph 6(d) is amended to June 30, 2009.

      DATED: May 4th, 2009

                         BY THE COURT:

                         s/Richard P. Matsch

                         _____

                         Richard P. Matsch, Senior District Judge