IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02019-RPM

MARTIN N. TARABOCCHIA,

      Plaintiff,

v.

BALL AEROSPACE AND TECHNOLOGIES CORP.,

      Defendant.

_____

ORDER SETTING PRETRIAL CONFERENCE
_____

      The Court having determined that a pretrial conference should now be scheduled, it is

      ORDERED that a pretrial conference is scheduled for **January 20, 2010, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.  The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **January 14, 2010.**  The conference is conducted with lead counsel present in person.  No parties or representatives of parties will be permitted to attend.

      DATED:   November 20th, 2009

                               BY THE COURT:

                               s/Richard P. Matsch

                               _____

                               Richard P. Matsch, Senior District Judge