IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02019-RPM

MARTIN N. TARABOCCHIA,

    Plaintiff,

v.

BALL AEROSPACE AND TECHNOLOGIES CORP.,

    Defendant.
_____

ORDER SETTING TRIAL DATE
_____

    Pursuant to the pretrial conference conducted on January 20, 2010, it is

    ORDERED that this matter is set for trial to jury on **August 30, 2010, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

    DATED:   January 20, 2010

                                                BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                Richard P. Matsch, Senior District Judge