IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-CV-02019-RPM

MARTIN TARABOCCHIA,

    Plaintiff,

v.

BALL AEROSPACE AND TECHNOLOGIES, CORP.,
A Delaware Corp.,

    Defendant.

## ORDER FOR DISMISSAL WITH PREJUDICE

    Upon consideration of the parties' Stipulated Motion for Dismissal with Prejudice [66], filed on July 9, 2010, it is

    ORDERED that the Complaint and action are dismissed, with prejudice, each party to pay their own costs and attorneys' fees.

    DONE this 12th day of July, 2010.

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    Richard P. Matsch, Senior District Judge